SIDNEY A. MAJALYA (CA Bar No. 205047)
JACKLIN CHOU LEM (CA Bar No. 255293)
MANISH KUMAR (CA Bar No. 269493)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660
Fax: (415) 436-6687
sidney.majalya@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 11-00724-RS |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b)** |
| HITACHI-LG DATA STORAGE, INC., | |
| Defendant. | DATE: November 8, 2011<br>TIME: 2:30 p.m.<br>COURT: Hon. Richard Seeborg |

On September 30, 2011, the United States filed a fifteen-count Information charging Hitachi-LG Data Storage, Inc. ("HLDS") with fourteen counts of violating the Sherman Antitrust Act, 15 U.S.C. § 1, and one count of wire fraud, 18 U.S.C. § 1343.  HLDS is scheduled for a change of plea and possible sentencing on November 8, 2011.  HLDS will waive Indictment and plead guilty under Fed. R. Crim. P. 11(c)(1)(C).  The United States and HLDS have filed a Joint Sentencing Memorandum describing the material terms of the plea agreement and the agreed-upon recommended sentence (Dkt. No. 5).  The Plea Agreement has been attached as Exhibit A to the Joint Sentencing Memorandum.  The United States has also filed under seal the Declaration of Sidney A. Majalya in Support of United States' and Defendant HLDS's Joint

/ /

Sentencing Memorandum and the United States' Motion for Departure ("Majalya Declaration") (Dkt. No. 9).

IT IS HEREBY STIPULATED AND AGREED as follows:

The United States and HLDS request that the Court sentence HLDS on an expedited basis pursuant to Crim. L.R. 32-1(b) on November 8, 2011, the same date as the scheduled change of plea hearing. The United States and HLDS respectfully submit that the Joint Sentencing Memorandum, the Majalya Declaration, and the Plea Agreement provide sufficient information for the Court to meaningfully exercise its sentencing authority without a presentence report.

Dated: November 3, 2011

Respectfully submitted,

BY: _____/s_____
    Cristina C. Arguedas
    Laurel Headley
    Counsel for Hitachi-LG Data Storage, Inc.
    Arguedas, Cassman & Headley LLP
    803 Hearst Avenue
    Berkeley, CA 94710
    Telephone: (510) 845-3000
    Fax: (510) 845-3003
    admin@achlaw.com

BY: _____/s_____
    Sidney A. Majalya
    Jacklin Chou Lem
    Manish Kumar
    Trial Attorneys
    U.S. Department of Justice
    Antitrust Division

Dated: November 3, 2011          Dated: November 3, 2011

Based on the stipulation of the parties, and for good cause shown,

**IT IS SO ORDERED.**

Dated: November\_\_7\_\_\_\_\_, 2011

Honorable Richard Seeborg
United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 11-00724-RS